UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALLEN E. MONDAY )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Respondent. ) | 3:02-cv-556<br>3:98-cr-038<br>*Jarvis* |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

                                                s/ James H. Jarvis
                                          United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
     CLERK OF COURT